BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

**FILED**

JUN 1 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02520-40113, HELD IN THE NAME OF DEBORAH A. BARNES AND DIVISIDERO 99 CENT PLUS STORE,<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 2690-71631, HELD IN THE NAME OF DIVISIDERO 99 CENT PLUS STORE,<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02527-74822, HELD IN THE NAME OF DEBORAH A. BARNES AND DIVISIDERO 99 CENT PLUS STORE,<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 2525-43591, HELD IN THE NAME OF HERMAN KEESE, JR.,<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 38101854-4882, HELD IN THE NAME OF HERMAN KEESE AND DEBORAH BARNES, | 2:12-SW-00084-EFB<br>2:12-SW-00085-EFB<br>2:12-SW-00086-EFB<br>2:12-SW-00087-EFB<br>2:12-SW-00088-EFB<br>2:12-SW-00089-EFB<br>2:12-SW-00091-EFB<br>2:12-SW-00092-EFB<br>2:12-SW-00093-EFB<br>2:12-SW-00094-EFB<br>2:12-SW-00095-EFB<br>2:12-SW-00096-EFB<br><br><br>ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT |

1

1
2   2008 CHEVROLET TOW TRUCK,
    VIN: 1GBE5C1908F412857, SOUTH
3   CAROLINA LICENSE PLATE NUMBER:
    P400671,
4
    2008 GMC TOW TRUCK,
5   VIN: 1GDE5C1918F409165, SOUTH
    CAROLINA LICENSE PLATE NUMBER:
6   P406276,

7   2008 HARLEY DAVIDSON MOTORCYCLE,
    VIN: 1HD1FC4378Y636113,
8   CALIFORNIA LICENSE PLATE NUMBER:
    19N5809,
9
    2011 HARLEY DAVIDSON MOTORCYCLE,
10  VIN: 1HD1KH418BB658493, SOUTH
    CAROLINA LICENSE PLATE NUMBER:
11  ZC37745,

12  2006 DODGE RAM TRUCK,
    VIN: 3D7MX48C36G147958, SOUTH
13  CAROLINA LICENSE PLATE NUMBER:
    HAS984,
14
                    DEFENDANTS.
15

16

17          Upon application of the United States of America and good cause having been

18  shown,

19          IT IS HEREBY ORDERED that the seizure warrants and seizure warrant

20  affidavit in the above-captioned proceeding be and are hereby unsealed.

21  Date: ___6/15/12___

22                                      _____
                                        DALE A. DROZD
23                                      United States Magistrate Judge

24

25

26

27

28

                                        2

                                                        Order Re: Request to Unseal Documents